

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00376-CV

| | | |
|---|---|---|
| Rueben Mendoza | § | From the 352nd District Court of |
| | § | Tarrant County (352-259031-12) |
| v. | § | November 20, 2014 |
| Fort Worth Housing Authority and Ameritex Security | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of prosecution.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM